1  Stephen R. Cornwell, CA Bar #40737       (SPACE BELOW FOR FILING STAMP ONLY)
   CORNWELL & SAMPLE, LLP
2  7045 N. Fruit Avenue
   Fresno, CA 93711
3  Telephone: (559) 431-3142

4  Attorneys for Plaintiff
   ROBERT V. JONES CORPORATION

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. JONES CORPORATION,<br><br>    Plaintiff.<br>v.<br><br>OTTMAR THOMAS, TOYOTA OF VISALIA, INC., a corporation, dba VISALIA AUTOMOTIVE; BAY AREA MOTORS, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants and Third-Party Plaintiffs, | CASE NO. CV-F-92-5120-REC-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| MORRIS KERNICK, individually and dba M. KERNICK & ASSOCIATES; OLIVER KENNEDY ROBINSON, individually and dba COMMERCIAL AIRCRAFT SALES; and DARRIN PERDUE,<br><br>    Third-Party Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

/ / /

/ / /

/ / /

1 | Dated: September _____, 2006.

CORNWELL & SAMPLE, LLP

By: /s/ Stephen R. Cornwell
Stephen R. Cornwell
Attorneys for Plaintiff
ROBERT V. JONES CORPORATION

**ORDER**

IT IS SO ORDERED.

**Dated:   September 28, 2006**      /s/ **Dennis L. Beck**
3b142a                                         UNITED STATES MAGISTRATE JUDGE